1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,  )   Case No.: CR 09-1005-VBF
12            Plaintiff,       )   ORDER OF DETENTION
                               )   (FED. R. CRIM. P. 32.1(a)(6); 18
13       v.                    )   U.S.C. § 3143(a))
                               )
    MANU T. FIFITA             )
14                             )
15            Defendant.       )
                               )

16
17   The defendant having been arrested in this District pursuant to a warrant
18   issued by the United States District Court for the **CENTRAL** District of
     **CALIFORNIA** for alleged violation(s) of the terms and conditions of probation
19   or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
22   A. (✓)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25   • UNKNOWN BACKGROUND
26   • UNKNOWN AVAILABLE BAIL RESOURCES
27   • FAILURE TO COMPLY WITH COURT ORDERS
28

1

1     and/ or

2 B. ( )   The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the
4     safety of any other person or the community if released under 18 U.S.C. §
5     3142(b) or (c).  This finding is based on the following:

6 _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 9/4/12

HONORABLE OSWALD PARADA
United States Magistrate Judge
DAVID T. BRISTOW